# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK
_____

**CARLOS PETERSON,**

                              **Plaintiff,**

        **v.**                                              **5:16-CV-876**
                                                            **(FJS/ATB)**

**RAY A. KYLES and JOSEPH D. GALLERY,**
**Assistant Attorneys General[1]**

                              **Defendants.**
_____

**APPEARANCES**                              **OF COUNSEL**

**CARLOS PETERSON**
**08-B-3052**
Attica Correctional Facility
Box 149
Attica, New York  14011
Plaintiff *pro se*

**SCULLIN, Senior Judge**

## ORDER

        Currently before the Court is Magistrate Judge Baxter's July 20, 2016 Order and Report-Recommendation, in which he recommended that this Court dismiss Plaintiff's complaint in its entirety with prejudice.  *See* Dkt. 4.  The parties did not file any objections to this recommendation.

        When a party does not object to a magistrate judge's report-recommendation, the court reviews that report-recommendation for clear error or manifest injustice.  *See Linares v. Mahunik*, No. 9:05-CV-625, 2009 WL 3165660, *10 (N.D.N.Y. July 16, 2009) (citation and footnote omitted).  After conducting this review, "the Court may 'accept, reject, or modify in

---

[1] Plaintiff refers to Defendants as "Assistance Attorney Generals" in his Complaint.  The Court has corrected their title to "Assistant Attorneys General" and instructs the Clerk of the Court to correct the docket accordingly.

whole or in part, the . . . recommendations made by the magistrate judge.'" *Id*. (quoting 28 U.S.C. § 636(b)(1)(C)).

The Court has reviewed Magistrate Judge Baxter's July 20, 2016 Order and Report-Recommendation for clear error and manifest injustice; and, finding none, the Court hereby

**ORDERS** that Magistrate Judge Baxter's July 20, 2016 Order and Report-Recommendation is **ACCEPTED in its entirety** for the reasons stated therein; and the Court further

**ORDERS** that Plaintiff's complaint is **DISMISSED** in its entirety with prejudice; and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment and close this case; and the Court further

**ORDERS** that the Clerk of the Court shall serve a copy of this Order on Plaintiff in accordance with the Local Rules.

**IT IS SO ORDERED**.

Dated: August 11, 2016
         Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge